UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
750 Route 34, Suite 11
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

Order Filed on February 24, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

NINA OREN,

                Debtor.

Case No.: 25-10395-SLM

Chapter: 7

Judge: Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Law Offices of David Wolff as Counsel to Trustee

The relief set forth on the following page is **ORDERED**.

**DATED: February 24, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Law Offices of David Wolff LLC
as   counsel to Chapter 7 Trustee  , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   Law Offices of David Wolff LLC
   750 Route 34, Suite 11
   Matawan, NJ 07747

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

*rev.8/1/15*