UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF DAVID WOLFF LLC
Attorneys for Trustee
750 Route 34, Suite 11
Matawan, New Jersey  07747
(732) 566-1189
DW/3331

**Order Filed on March 3, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NINA OREN,

                                 Debtor.

Case No.:        25-10395-SLM

Chapter:              7

Judge:        Stacey L. Meisel

**ORDER AUTHORIZING RETENTION OF**

Weichert Realty as Realtor for Trustee

The relief set forth on the following page is **ORDERED**.

**DATED: March 3, 2025**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Weichert Realty_____

as _____realtor to Chapter 7 Trustee_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    Weichert Realty_____

791 Passaic Avenue_____

Clifton, NJ 07012_____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

☒  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*