Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                       Case No.: 25−10395−SLM
                                       Chapter: 7
                                       Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nina Oren
   320 Lydecker Street
   Englewood, NJ 07631

Social Security No.:
   xxx−xx−4734

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I <u>Diana L. Reaves</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

Real property located at 320 Lydecker Street, Englewood, New Jersey

Dated: April 21, 2025
JAN: dlr

                                                                          Jeanne Naughton
                                                                          Clerk